IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 1:01-00007-001

RODNEY EUGENE SMITH

## MEMORANDUM OPINION AND ORDER

By motion filed on December 10, 2010, defendant requested early release from his five-year term of supervised release. (Doc. # 418). The court has considered defendant's background, his performance while on supervised release, and the recommendation of the United States Probation Office. The court is of the opinion that this is an appropriate case for early termination of supervised release.

It is therefore **ORDERED** that defendant Rodney Eugene Smith be released from his term of supervised release effective immediately. The Clerk is directed to send a copy of this Order to counsel of record, to Mr. Smith at 7626 West Drover Street, Homosassa, FL 34446, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court for forwarding to Mr. Smith's probation officer in Florida.

**IT IS SO ORDERED** this 28th day of July, 2011.

ENTER:

David A. Faber
Senior United States District Judge